UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
November 13, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CM_____
DEPUTY

| | |
|---|---|
| BRAYAN ARIEL NAVARRETE PERDOMO, § § § Plaintiff, § v. § PAMELA BONDI, et al, § § Defendant. § | 5:25-CV-01398-MA |

**ORDER**

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Petitioner Brayan Ariel Navarrete Perdomo, who is currently in detention in the South Texas Detention Center in Pearsall, Texas, located in the Western District of Texas.

It is hereby **ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus[1] and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on Respondents: Kristi Noem, Secretary of the U.S. Department of Homeland Security: Pamela Bondi, Attorney General; Todd M. Lyons, Acting Director of the U.S. Immigration and Customs Enforcement; and Sylvester Ortega, Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement.[2] Service should be directed to Stephanie Rico, the Civil Process Clerk for the United States Attorney's Office, Western District of Texas, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216.

---

[1] Dkt. No. 1.
[2] *See* FED. R. CIV. P. 4(i).

It is **FURTHER ORDERED** that the Clerk of Court shall serve Respondent Bobby Thompson, Warden, South Texas Detention Complex, 566 Veterans Dr, Pearsall, TX 78061, with copies of the Petition for Writ of Habeas Corpus[3] and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process.

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition within **three (3) days** of the date of service.[4] Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days to respond.[5]

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than **seven (7) days** after the Respondents file their answers/responses.

IT IS SO ORDERED.

DONE this 13th day of November, 2025, in San Antonio, Texas.

_____
MICAELA ALVAREZ
SENIOR UNITED STATES DISTRICT JUDGE

---

[3] Dkt. No. 1.
[4] See 28 U.S.C. § 2243.
[5] *See* 28 U.S.C. § 2243 (noting, a response demonstrating why the writ should not be issued shall be provided "within three days unless for good cause additional time, not exceeding twenty days, is allowed").